FILED
JUN 14 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:06CR149-WKW |
| ) | [21 USC 841(a)(1) |
| ALTHEA MOORE and ) | 18 USC 2, 924(c), and |
| TIMOTHY ALGERNON JOHNSON ) | 922(g)(1)] |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

On or about the 27th day of January, 2006, in Coffee County, within the Middle District of Alabama, the defendants,

ALTHEA MOORE, and
TIMOTHY ALGERNON JOHNSON,

each aided and abetted by the other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly referred to as cocaine powder, a Schedule II Controlled Substance, and marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 2

On or about the 27th day of January, 2006, in Coffee County, within the Middle District of Alabama, the defendants,

ALTHEA MOORE, and
TIMOTHY ALGERNON JOHNSON

did knowingly use and carry a Ruger P95 9mm pistol, bearing serial number 316-00922, during and in relation to the drug trafficking offense as charged in Count 1 herein, and did possess said firearm in furtherance of the drug trafficking offense charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 3

On or about the 27th day of January, 2006, in Coffee County, within the Middle District of Alabama, the defendant,

**TIMOTHY ALGERNON JOHNSON,**

having been convicted of Robbery in the First Degree, on the 13th day of August, 2001, in the Circuit Court of Dale County, Alabama, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess, in and affecting commerce, a Ruger P95 9mm pistol, bearing serial number 316-00922, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney