IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:06cr149-WKW |
| | ) | |
| ALTHEA MOORE | ) | |

### WAIVER OF SPEEDY TRIAL ACT

I, ALTHEA MOORE, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_07/07/06_          _Althea Moore_
DATE                DEFENDANT

_07/ 7/06_          _[signature]_
DATE                ATTORNEY FOR DEFENDANT