AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA

UNITED STATES OF AMERICA

V.

ALTHEA MOORE
508 Victoria Drive
Enterprise, Alabama 36330

To: The United States Marshal
    and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number:   1:06CR149-WKW

RECEIVED 2006 JUN 16 A 8:03

YOU ARE HEREBY COMMANDED to arrest _____  Althea Moore _____
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
Controlled substance act

Gun controlled act

in violation of Title ___ 18 and 21 ___  United States Code, Section(s) ___ 924© and 841(a)(1) ___

DEBRA P. HACKETT
Name of Issuing Officer                      Signature of Issuing Officer

Clerk, U. S. District Court                  June 15, 2006 - Montgomery, Alabama
Title of Issuing Officer                     Date and Location

RETURNED AND FILED

JUL - 7 2006

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/5/06 | Scott Sides | by: Deki Brower |