**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

July 7, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   USA vs. Althea Moore

**Case Number:**   1:06cr149-WKW

**This Notice of Correction is filed in the referenced case to attach correct pdf.**