| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: July 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:33 - 3:34 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr149-WKW | **DEFENDANT(S)** Althea Moore |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * * * * * | Terry Bullard (No appearance) |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Government states no plea discussions
    Plea notice to be filed on or before noon October 4, 2006

☐ **TRIAL STATUS**
    Trial time - 2 days

☐ **REMARKS:**
    Mr. Bullard was not present for pretrial conference