| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 8:34 - 8:39 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr149-WKW | **DEFENDANT(S)** Althea Moore |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | |
| | * Terry Bullard | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Some plea negotiations

☐ **TRIAL STATUS**
    Trial time - 2 days

☐ **REMARKS:**
    Court's discussions with Mr. Bullard as to why he did not appear for 7/17/06 pretrial conference.
    Mr. Bullard's discussions regarding possible conflict as to representing this defendant.
    Government's statements as to possible conflict.  Court directs government and Mr. Bullard
    to discuss possible conflict and advise the court.