**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,          )
                                   )
                                   )          1:06cr149-WKW
VS.                                )
                                   )
                                   )
ALTHEA MOORE                       )

### MOTION TO CONTINUE

_____COMES NOW, the Defendant, ALTHEA MOORE, by and through her undersigned attorney and moves this Honorable Court to continue this matter presently set for trial on October 16, 2006 and as grounds therefore states:

    1.     That the Defendant underwent a Cesarean Section on September 24, 2006 and will be unable to travel to Montgomery, Alabama for said trial on October 16, 2006.

    2.     That this continuance is not requested for the purpose of delay.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to continue this matter presently set for a trial on October 16, 2006 and reset this matter at the court's earliest convenience.


/s/ W. Terry Bullard
W. TERRY BULLARD (ASB-4328-L75W)
Attorney for the Defendant
P.O. Box 398
Dothan, Alabama 36302
(334)793-5665

### CERTIFICATE OF SERVICE

I, W. Terry Bullard, do hereby certify that I have served the foregoing Motion to the Honorable A. Clark Morris by electronically filing on this the 25th day of September, 2006.


/s/ W. Terry Bullard
OF COUNSEL