COURTROOM DEPUTY'S MINUTES　　　　　　　　　　DATE: September 25, 2006

MIDDLE DISTRICT OF ALABAMA　　　　　　　　　Digital Recording: 3:55 - 3:58

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**　　　**DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:　1:06cr149-WKW**　　**DEFENDANT(S)**　　Althea Moore, Timothy Algernon Johnson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs standing in for Clark Morris | * Terry Bullard (Moore) | |
| | * Kevin Butler (Johnson) | |

❏ **DISCOVERY STATUS:**

❏ **PENDING MOTION STATUS:**
　　Moore - motion to continue has been filed
　　Johnson - motion to suppress and motion to continue has been filed

❏ **PLEA STATUS:**
　　Moore - possible plea
　　Johnson - possible plea
　　Notice of intent to change plea to be filed on or before noon on October 4, 2006

❏ **TRIAL STATUS**
　　Trial time - 2 days

❏ **REMARKS:**
　　Atty. Bullard may file motion to extend deadlines.