IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 1:06cr149-WKW |
| VS. | ) | |
| | ) | |
| | ) | |
| ALTHEA MOORE | ) | |

## MOTION TO EXTEND DEADLINE

_____COMES NOW, the Defendant, ALTHEA MOORE, by and through her undersigned attorney and moves this Honorable Court to extend the deadlines for filing Motions, Pre-Trial Motions including Motion to Suppress and entering of any plea agreements and as grounds therefore states:

1. That the Defendant has undergone an extremely difficult pregnancy and has not been able to confer or prepare with the undersigned attorney except for a minutes at the time via telephone.

2. That the Defendant underwent a Cesarean Section on September 24, 2006 and will be unable to travel to meet with the undersigned attorney to discuss this matter. Please see attached note from the Defendant's doctor.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to extend the deadlines for the filing of any Motions, Pre-Trial Motions including Motion to Suppress and entering of any plea agreements so that she may recover from her difficult pregnancy and properly prepare her case with the undersigned attorney.

/s/ W. Terry Bullard
W. TERRY BULLARD (ASB-4328-L75W)
Attorney for the Defendant
P.O. Box 398
Dothan, Alabama 36302
(334)793-5665

## **CERTIFICATE OF SERVICE**

      I, W. Terry Bullard, do hereby certify that I have served the foregoing Motion to the Honorable A. Clark Morris by electronically filing on this the 25th day of September, 2006.

                                         /s/ W. Terry Bullard
                                         OF COUNSEL

Case 1:06-cr-00149-WKW-SRW    Document 40    Filed 09/26/2006    Page 2 of 2