Althea Moore

**Baptist HEALTH**

**Baptist Medical Center East**
P.O. Box 241267, Montgomery, AL 36124-1267
334-277-8330

E0626600063 MOORE, ALTHEA H
DOB: 04/02/72 Age: 34Y MR #: 090709
Admit Date/Time: 09/23/06 0825A
251 WALLER, GREGORY A

Date 9/25/06

Due to childbirth (cesarean section) on 9/23/06, please excuse Ms Moore from Federal Court responsibilities for 6 weeks

Reg. No. _____
Refill ____ 0 __ 1 __ 2 __ 3 __ 4 __

DISPENSE AS WRITTEN M.D.
_____ M.D.
PRODUCT SELECTING PERMITTED

E-041 (8/99) XBS