IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr149-WKW |
| | ) | |
| ALTHEA MOORE | ) | |

## **ORDER**

Upon consideration of defendant's motion for extension (Doc. # 38) filed September 25, 2006, and defendant's amended motion for extension (Doc. # 40) filed September 26, 2006, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED. All pretrial motions for this defendant shall be filed on or before November 6, 2006.

DONE, this 4th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE