IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-149-WKW |
| | ) | |
| TIMOTHY ALGERNON JOHNSON | ) | |
| and ALTHEA MOORE | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment With Prejudice, heretofore filed in the above styled cause, and for good cause shown, IN THE INTEREST OF JUSTICE, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of November, 2006.

_____
W. KEITH WATKINS
UNITED STATES DISTRICT JUDGE