IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-149-WKW |
| | ) | (WO) |
| TIMOTHY ALGERNON JOHNSON | ) | |
| and ALTHEA MOORE | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment With Prejudice filed on

November 22, 2006 (Doc. # 47),  it is hereby

ORDERED that the motion is GRANTED and the indictment in the above-styled action is

DISMISSED with prejudice.

It is further ORDERED that all pending motions are DENIED as moot.

DONE this 29th day of November, 2006.


　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE